# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:97-CR-417-T-17TGW |
| KATHRYN A. OLSON | USM Number: 22113-018 |
| | |
| | Deeann Athan, Retained |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __1-6__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1-3 | New Criminal Conduct, Obtaining Property in Return for Worthless Checks | July 11, 2006<br>July 11, 2006<br>February 21, 2007 |
| 4-6 | Opening of Having a Checking Account or Having Access to a Checking Account Without the Permission of the Probation Officer | September 22, 2006<br>December 24, 2005<br>December 24, 2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 17, 2009
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

APRIL 20th, 2009
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **ONE YEAR AND ONE (1) DAY** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__  The defendant is allowed to voluntarily surrender to the United States Marshal Service in Tampa, Florida on Tuesday, September 1, 2009 before 12:00 Noon to commence service of her sentence.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL